FILED

MAR 16 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____DIVISION

Lisa Taylor Castleberry

Case Number: _____

_____
_____
Name of Plaintiff(s)

vs

City of Frisco

_____
_____
Name of Defendant(s)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..   Plaintiff, Lisa Taylor Castleberry, is a citizen of the United States
          (name of plaintiff)

and resides at 4402 Sycamore Rd , Melissa ,
                    (street address)                          (city)

Collin , TX , 75454 , 972.533.6864
(county)      (state)    (zip)       (telephone)

3..    Defendant, City of Frisco , resides at, or its business is

(name of defendant)

located at 6101 Page St , Frisco ,

(street address)                                        (city)

Collin , TX , 75034 , 972 292 5000 .

(county)          (state)        (zip)        (telephone)

4.    Plaintiff sought employment from the defendant or was employed by the defendant

at 11300 Research Blvd. , Frisco ,

(street address)                          (city)

Collin , TX , 75034 .

(county)                (state)              (zip)

5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about _____ .

(month, day, year)

6.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity
Commission charging defendant with the acts of discrimination indicated in paragraphs
9 and 10 of this complaint on or about July 3, 2024 .

(month, day, year)

7.    The Equal Employment Commission issued a Notice of Right to Sue which was
received by plaintiff on December 18, 2025 .

(month day, year)

8.    Because of plaintiff's (1) __X__ race, (2) __X__ color, (3) __X__ sex,

(4) _____ national origin,  defendant:

a.    _____ failed to employ plaintiff.

b.    _____ terminated plaintiff's employment.

c.    __X__ failed to promote plaintiff.

d.    __X__ Other retaliation _____

_____

_____

9.    The circumstances under which the defendant discriminated against plaintiff were as follows:

See attachment A - Statement of Claim

10.    The acts set forth in paragraph 9 of this complaint:

    a.    _____    are still being committed by defendant.

    b.    _____    are no longer being committed by defendant.

    c.    _X_    defendant may still be committing the acts.

11.    Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a.    _____    Defendant be directed to employ plaintiff.

    b.    _____    Defendant be directed to re-employ plaintiff.

    c.    _____    Defendant be directed to promote plaintiff.

    d.    _X_    Defendant be directed to *compensate plaintiff* and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

*Lisa Taylor Castleberry*
(Signature of Plaintiff)

Attachment A
Question 9- Statement of Facts

Lisa Taylor Castleberry-Pro Se Plaintiff
Texas Title VII Complaint
March 16, 2026

Attachment A
Statement of Claim – Question 9

Plaintiff incorporates the following statement of claim in response to
Question 9 of the Complaint Form.

1.  In October 2023, Plaintiff was actively recruited by the City of
    Frisco Construction Manager and hired as a Construction Inspector
    but was immediately demoted with no explanation other than that
    she purportedly did not meet the qualifications for the role.
2.  HR never provided Plaintiff with the qualifications she allegedly
    lacked and never gave Plaintiff an opportunity to speak with HR
    during the initial demotion process, despite requests from
    Plaintiff's manager to allow Plaintiff to provide background on
    experience not listed on her resume that would have demonstrated
    she possessed the necessary skills for the position.
3.  The demotion followed actions by Plaintiff's former manager, who
    had previously sought to terminate Plaintiff while she served as an
    Administrative Assistant and contacted HR to assert the
    Construction Manager hired the Plaintiff under the guise as an
    inspector to perform the role of an administrative assistant; the
    former manager had previously worked in HR, giving her
    familiarity with HR processes and influence over employment
    decisions.
4.  When Plaintiff signed the demotion paperwork, it was an
    agreement that Plaintiff would keep the initial pay that she was
    offered when she accepted the Construction Inspector position and
    that after six months, Plaintiff would be able to be promoted to a
    Construction Inspector.
5.  Plaintiff performed all duties of a Construction Inspector for two
    full weeks prior to HR notifying her manager of the demotion; HR
    did not notify Plaintiff directly. Despite performing the job
    functions prior to the demotion notice, Plaintiff was paid at the

Attachment A
Question 9- Statement of Facts

Lisa Taylor Castleberry-Pro Se Plaintiff
Texas Title VII Complaint
March 16, 2026

12.      Plaintiff was eventually promoted to Construction Inspector after the former HR personnel who influenced her demotion was terminated from the City of Frisco.