**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LISA TAYLOR CASTLEBERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-00268-RWS-JBB |
| | § | |
| CITY OF FRISCO, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The above case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. Before the Court is the May 18, 2026 Report and Recommendation of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of the above case, has been presented for consideration. Docket No. 7. The Magistrate Judge recommends Plaintiff's above case be dismissed without prejudice.

On March 27, 2026, the Court ordered Plaintiff, within forty-five (45) days of receipt of the order, to pay the full filing fee of $405.00. Docket No. 6 at 2. Plaintiff was advised that failure to do so within the time prescribed might result in dismissal of this lawsuit. *Id.* at 3. Plaintiff received a copy of the March 27 Order via electronic notification (Docket No. 3), but she did not pay the filing fee as ordered by the Court.

Therefore, on May 18, 2026, the Magistrate Judge entered a Report and Recommendation, recommending Plaintiff's above case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). Docket No. 7 at 1. A copy of this Report and Recommendation was sent to Plaintiff via electronic notification. No objections to the Report have been filed to date.

1

Because no objections have been received to the Report and Recommendation, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017). The Court has reviewed the pleadings in this cause and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 7) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 22nd day of June, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

2